IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL SECURITY ARCHIVE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 1:18-cv-00993-TNM |
| | ) | |
| CENTRAL INTELLIGENCE AGENCY | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Minute Order issued by this Court on August 31, 2018, this Joint Status Report is submitted by Plaintiff National Security Archive and Defendant Central Intelligence Agency, by and through their respective counsel of record.

### A.     Background

This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.  Plaintiff National Security Archive seeks injunctive, declaratory and other appropriate relief for the expedited processing and release of agency records requested by plaintiff on April 16, 2018, from Defendant Central Intelligence Agency ("CIA").  Specifically, Plaintiff seeks the expedited disclosure of "twelve cables referenced in footnotes 336 and 337 on page 67 of the Senate Select Committee on Intelligence's Committee Study of the Central Intelligence Agency's Detention and Interrogation Program declassified in 2014," concerning the role of CIA Director Gina Haspel in the Agency's use of "enhanced interrogation."  Plaintiff filed a Complaint seeking production of the requested records on April 27, 2018 (ECF No. 1), and subsequently filed an Amended Complaint by joint stipulation of the parties on June 15, 2018 (ECF Nos. 8, 11).

On June 28, 2018, Defendant made a partial production to Plaintiff of six responsive documents with redactions that Defendant asserts are justified by FOIA exemptions (b)(1), (b)(3), and (b)(6).  (Plaintiff does not concede that the redactions are proper and reserves the right to challenge them).  Thereafter, the parties conferred on July 18, 2018, whereupon counsel for Defendant stated that five additional documents were being prepared by the Agency for production to Plaintiff by July 31, 2018.  Counsel indicated that one remaining document was being reviewed by the Agency for possible production and that a production date for that document was uncertain at this time

Pursuant to the Court's Minute Order, on July 31, 2018, Defendant made a second partial production to Plaintiff of five responsive documents with redactions that Defendant asserts are justified by FOIA exemptions (b)(1), (b)(3), and (b)(6).  Defendant further notified Plaintiff that it would be withholding one responsive document in its entirety.  (Plaintiff does not concede that the redactions and withholding of the one outstanding document are proper and reserves the right to challenge them.)

**B.      Proposed Schedule**

Pursuant to this Court's Minute Order, the parties are continuing to confer regarding the withholdings, and Defendant recently re-released some records with some redactions removed. The parties respectfully request additional time to attempt to resolve this issue, which may obviate the need for further briefing, and accordingly propose that:  (1) the parties continue their discussions, and (2) by November 14, 2018, submit to the Court a further Joint Status Report, in which they will address whether the parties have reached an agreement on Defendant's redactions, whether a briefing schedule will be necessary, and whether a Vaughn index will be required.

Dated:   October 15, 2018

Respectfully submitted,

JESSIE K. LIU (D.C. Bar # 472845)
United States Attorney

DANIEL F. VAN HORN (D.C. Bar #924092)
Chief, Civil Division

_/s/ Joshua M. Kolsky_
Joshua M. Kolsky
D.C. Bar #993430
Assistant United States Attorney
District of Columbia
555 Fourth Street, NW
Washington, DC 20530
202-252-2541
joshua.kolsky@usdoj.gov

*Counsel for Defendant*

_/s/  Peter Karanjia_
Peter Karanjia (D.C. Bar No. 1016633)
peterkaranjia@dwt.com
Lisa B. Zycherman (D.C. Bar No. 495277)
lisazycherman@dwt.com
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW, Suite 800
Washington, DC  20006
202-973-4200

David L. Sobel (D.C. Bar No. 360418)
sobel@att.net
ELECTRONIC FRONTIER FOUNDATION
5335 Wisconsin Avenue, NW, Ste. 640
Washington, DC 20015-2052
202-246-6180

*Counsel for Plaintiff*