IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL SECURITY ARCHIVE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 1:18-cv-00993-TNM |
| | ) | |
| CENTRAL INTELLIGENCE AGENCY | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Plaintiff National Security Archive, by its undersigned counsel, and Defendant Central Intelligence Agency, by its undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby agree and stipulate to the dismissal of this action in its entirety with prejudice, with each party to bear its own attorneys' fees and costs. This resolves all claims in this action.

Dated:   November 14, 2018

JESSIE K. LIU (D.C. Bar # 472845)
United States Attorney

DANIEL F. VAN HORN (D.C. Bar #924092)
Chief, Civil Division

   /s/ Joshua M. Kolsky
Joshua M. Kolsky
D.C. Bar #993430
Assistant United States Attorney
District of Columbia
555 Fourth Street, NW
Washington, DC 20530
202-252-2541
joshua.kolsky@usdoj.gov

*Counsel for Defendant*

Respectfully submitted,

     /s/  Peter Karanjia
Peter Karanjia (D.C. Bar No. 1016633)
peterkaranjia@dwt.com
Lisa B. Zycherman (D.C. Bar No. 495277)
lisazycherman@dwt.com
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW, Suite 800
Washington, DC  20006
202-973-4200

David L. Sobel (D.C. Bar No. 360418)
sobel@att.net
ELECTRONIC FRONTIER FOUNDATION
5335 Wisconsin Avenue, NW, Ste. 640
Washington, DC 20015-2052
202-246-6180

*Counsel for Plaintiff*